UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ESTES CARTER THOMPSON III,

Defendant

Criminal No. 24-cr-10107-JEK

# JOINT INITIAL STATUS REPORT AND REQUEST TO CANCEL HEARING

Pursuant to Local Rule 116.5(a), the parties hereby file the following status report prepared in connection with the status conference on this matter scheduled for July 1, 2024, request that the status conference be cancelled, and request that an interim status conference be scheduled in approximately 30 days and that the time be excluded until that date.

(1) Automatic Discovery/Pending Discovery Requests

Per the agreement of the parties, the Government provided automatic discovery on June 20, 2024 and has produced the bulk of automatic discovery materials currently available, including 855 bates labeled pages and/or electronic files. It has also made available for counsel's inspection at FBI's offices certain physical and electronic evidence, including the defendant's electronic devices and the search warrant returns on the defendant's iCloud account.

(2) Additional Discovery

The government is in the process of completing extractions of electronic devices seized in connection with the investigation and will make those extractions available for inspection when available.

(3) Timing of Additional Discovery Requests

The defendant is just beginning the process of reviewing the discovery currently available, and is awaiting the pending production/inspection. As such, he does not yet know whether or when he will make additional discovery requests and will assess this when automatic discovery is complete.

1

(4) <u>Protective Orders</u>

A protective order was not sought regarding automatic discovery, particularly where certain items were offered for inspection rather than produced. The government reserves the right to file for a protective order prior to any future, pre-trial productions.

(5) <u>Pretrial Motions</u>

Due to the ongoing review of the discovery, it is premature for the defendant to decide whether to file any motions under Fed. R. Crim. P. 12(b). The defendant will provide an update at the next status conference.

(6) <u>Expert Discovery</u>

The government agrees to provide any expert witness disclosures 21 days prior to trial. Defendant agrees to provide any expert witness disclosure 14 days prior to trial.

(7) <u>Speedy Trial Act</u>

All of the time has been excluded from the date of defendant's Indictment on April 25, 2024 through the date of the initial status conference scheduled for July 1, 2024. *See* Dkt. No. 25. The parties request that the time be excluded until the interim status conference. The parties agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

(8) <u>Next Status Conference</u>

Given all of the foregoing information, the parties request that the initial status conference, scheduled for July 1, 2024, be canceled. The parties request an interim status conference in approximately 30 days.

\*   \*   \*   \*   \*

Respectfully submitted,

| ESTES CARTER THOMPSON III<br>By his attorney,<br><br><br>*/s/ Scott Lauer*<br>Scott Lauer<br>Assistant Federal Defender<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>jessica_thrall@fd.org<br>617.223.8061 | UNITED STATES OF AMERICA<br>By its attorney,<br><br>JOSHUA S. LEVY<br>Acting United States Attorney<br><br>*/s/ Elianna J. Nuzum*<br>Elianna J. Nuzum<br>Assistant United States Attorney<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>elianna.nuzum@usdoj.gov<br>617.748.3100 |
|---|---|

Dated: June 24, 2024

## **CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          */s/ Elianna J. Nuzum*
                                          Elianna J. Nuzum
                                          Assistant United States Attorney

Dated: June 24, 2024