UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ESTES CARTER THOMPSON III | Docket No. 24-CR-10107 |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

This matter is currently scheduled for a sentencing hearing on June 17, 2025. Due to a personal matter, undersigned counsel moves to continue that proceeding. The parties have conferred and both have availability on July 23, subject to the Court's availability.

Counsel for the government assents to this motion.

Respectfully submitted,

*/s/ Scott Lauer*
Scott Lauer (BBO #667807)
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
scott_lauer@fd.org

### CERTIFICATE OF SERVICE

I, Scott Lauer, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 15, 2025. A copy will also be sent via email to U.S. Probation Officer Crystal Monteiro.

*/s/ Scott Lauer*
Scott Lauer